**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6200**

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

CHARLES JEROME ADAMS,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Patrick Michael Duffy, Senior District Judge.  (1:91-cr-00291-PMD-2)

Submitted:  May 26, 2011                Decided:  June 1, 2011

Before KING, SHEDD, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles Jerome Adams, Appellant Pro Se. Christopher Todd Hagins, SOUTH CAROLINA LAW ENFORCEMENT DIVISION, Columbia, South Carolina; William Norman Nettles, United States Attorney, Peter Thomas Phillips, Jane Barrett Taylor, Assistant United States Attorneys, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Jerome Adams appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2006). In his informal appellate brief, Adams fails to address the merits of his motion. Adams therefore has forfeited appellate review of his eligibility for a § 3582 reduction.[*] See 4th Cir. R. 34(b) ("The Court will limit its review to the issues raised in the informal brief."). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] On appeal, Adams asserts only that venue for his motion was improper. Our review of the record reveals no abuse of discretion by the district court.